UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LUIS SANTIAGO, et al.,

Plaintiff,

-v-

EAN HOLDINGS, LLC, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 5289 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Dkt. No. 4 the parties were required to submit a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by August 4, 2026, in advance of the Initial Case Management Conference (the "Conference") scheduled for August 11, 2026 at 2:00 p.m. ET. (Dkt. No. 4). To date, the parties have not submitted their PCMP. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file their PCMP up to and including **August 7, 2026**. The parties are warned that failure to submit their PCMP by August 7, 2026 may result in the Court cancelling the Conference.

Dated: New York, New York
August 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**