UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTIAGO, et al.,

Plaintiff,

-v-

EAN HOLDINGS, LLC, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 5289 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, August 11, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. The Court will so order the parties' Proposed Case Management Plan (Dkt. No. 8), under separate order.

2. On further review of the docket following the Conference, the request of Defendant Henry Leon Lee ("Mr. Lee") for a briefing schedule for his anticipated motion to dismiss based on improper service is **DENIED**. Mr. Lee, who has already filed an answer in this action (Dkt. No. 1-3), may not now move to dismiss under Federal Rule of Civil Procedure 12(b)(5). See Fed. R. Civ. P. 12(b) ("A motion asserting any of these defenses [including improper service] must be made before pleading if a responsive pleading is allowed.") (emphasis added).

3. A telephone conference to discuss the status of discovery is scheduled for **November 10, 2026 at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Should the parties wish to order a copy of the Conference transcript, they may so do by using the annexed form.

Dated: New York, New York
August 11, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL